FILED '09 APR 23 13:29 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL WEBB,                )
                             )
            Plaintiff,       )
                             )   Civil No. 08-1352-TC
      v.                     )
                             )   ORDER
MARK NOOTH,                  )
                             )
            Defendant.       )
_____)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on March 26, 2009. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. This action is dismissed for plaintiff's failure to prosecute and failure to comply with a court order.

DATED this \_\_\_\_23rd\_\_\_\_ day of April, 2009.

_____
Michael R. Hogan
United States District Judge